**First National Collection Bureau, Inc.**

610 Waltham Way
Sparks, NV 89434

(800) 824-6191

Dept. # 21377
PO Box 1259
Oaks, PA 19456

ADDRESS SERVICE REQUESTED

June 06, 2016
Office Hours:
Mon. - Fri. 6 A.M. - 6 P.M.
Sat. 6 A.M. - 12 NOON
Pacific Standard Time

JODIE P HOOD PITTMAN
IN

*Please remit all correspondence to the above address

Current Creditor: JEFFERSON CAPITAL SYSTEMS, LLC

Debt Description: KEYBANK N.A. CHECKING ACC
Account #: BFRAME
Ref #:
Original Account #:
Total Due: $1,536.42

This is to advise you that your delinquent account has been assigned to our office for collection by the above mentioned current creditor.
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.
The law limits how long you can be sued on a debt. Because of the age of your debt, our client will not sue you for it. In many circumstances, you can renew the debt and start the time period for the filing of a lawsuit against you if you take specific actions such as making certain payment on the debt or making a written promise to pay. You should determine the effect of any actions you take with respect to this debt.
In order to aid your financial situation, as may be necessary, we could set up your account on a monthly payment plan.
We would like to extend the following discounted offer:
An approximately 80% discount payable in 4 payments totaling $307.28. Each payment within 30 days of the previous payment.
We are not obligated to renew this offer.
If you wish to speak with a representative please call (800) 824 6191.
For your convenience you may pay via a check over the phone or credit card.
You have our word that your account executive will treat you fairly and with respect.
Sincerely,

First National Collection Bureau, Inc.
This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

**For your convenience, if you would like to make your payment online, visit our website at www.fncbinc.com.**

---

Detach Coupons And Mail Payment

| 1 OF 4 | | 2 OF 4 | |
|---|---|---|---|
| Ref #: | | Ref #: | |
| MAIL PAYMENT TO: | PAYMENT AMT - $76.82 | MAIL PAYMENT TO: | PAYMENT AMT - $76.82 |
| FNCB INC. | DETACH COUPONS AND | FNCB INC. | DUE: 30 DAYS AFTER 1ST PAYMENT |
| PO BOX 51660 | MAIL PAYMENT | PO BOX 51660 | DETACH COUPONS AND |
| SPARKS, NV 89435 | | SPARKS, NV 89435 | MAIL PAYMENT |

| 3 OF 4 | | 4 OF 4 | |
|---|---|---|---|
| Ref #: | | Ref #: | |
| MAIL PAYMENT TO: | PAYMENT AMT - $76.82 | MAIL PAYMENT TO: | PAYMENT AMT - $76.82 |
| FNCB INC. | DUE: 30 DAYS AFTER 2ND PAYMENT | FNCB INC. | DUE: 30 DAYS AFTER 3RD PAYMENT |
| PO BOX 51660 | DETACH COUPONS AND | PO BOX 51660 | DETACH COUPONS AND |
| SPARKS, NV 89435 | MAIL PAYMENT | SPARKS, NV 89435 | MAIL PAYMENT |

1 of 1



EXHIBIT
C