UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JODIE PITTMAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | No. 1:16-cv-03250-SEB-MJD ) ) |
| JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company, FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation, | ) ) ) ) ) |
| Defendants. | ) |

Order Approving and Adopting Report and Recommendation

On March 14, 2017, the Magistrate Judge submitted his Report and Recommendation (Dkt. 38) that Defendants' Joint Motion to Dismiss (Dkt. 16) be denied. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 38) and being duly advised, finds it to be well reasoned and now APPROVES and ADOPTS it. The Court therefore DENIES Defendants' Joint Motion to Dismiss (Dkt. 16).

**IT IS SO ORDERED.**

Date:   3/31/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.